**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

| | | |
|---|---|---|
| **THOMAS D. EDWARDS,** | : | |
| Petitioner, | : | |
| v. | : | Civil Action No. 7:09-CV-36 (HL) |
| **BRIAN OWENS, Commissioner,** | : | |
| Respondent. | : | |

**ORDER**

This matter is before the Court on Motion for Reconsideration (Doc. 30) of Petitioner, Thomas Edwards. As outlined in the recommendation of the Magistrate Judge, and in this Court's order entered on February 11, 2010, Petitioner's § 2254 petition is time-barred, he is not entitled to equitable tolling, and his sentence is not illegal or void. The Court remains of the opinion that dismissal of the petition was proper. Accordingly, the Motion for Reconsideration (Doc. 30) is denied.

**SO ORDERED**, this the 9th day of March, 2010.

*s/ Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

mbh