IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| THOMAS DeWAYNE EDWARDS | : | |
| Petitioner | : | |
| VS. | : | NO. 7:09-cv-36 (HL) |
| Warden DONALD JACKSON, | : | |
| Respondent | : | **O R D E R** |

Before the Court is petitioner **THOMAS DeWAYNE EDWARDS'S** notice of appeal, construed as a motion for a Certificate of Appealability ("COA"), from the Court's February 11, 2010 order, which adopted Magistrate Judge G. Mallon Faircloth's recommendation that petitioner's 28 U.S.C. § 2254 motion be denied. Under section 2253(c)(2), a COA may issue only if the applicant makes " a substantial showing of the denial of a constitutional right." This requires a petitioner to demonstrate that "reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong." ***See also Slack v. McDaniel***, 529 U.S. 473, 478 (2000).

For the reasons stated in Magistrate Judge Faircloth's recommendation and this Court's order accepting the same, the Court finds reasonable jurists could not find that a dismissal of petitioner's claims was debatable or wrong. Accordingly, it is hereby **ORDERED** that petitioner's application for a COA be **DENIED**.

**SO ORDERED**, this 16th day of March, 2010.

*s/  Hugh Lawson*
HUGH LAWSON
UNITED STATES DISTRICT JUDGE

cr